I. Fleischer & Sons v. Goodrich & Martineau Co. 189 Wis. 412.

trust. It is drafted ingeniously and presents a comprehensive scheme for the administration of the trust property. It appears to us that it creates a practical and workable trust, and we assume that its use is often resorted to by adjustment bureaus acting in the interests of creditors. The principal advantage to be derived from such an instrument is the probable retention of the business as a going concern and the maintenance as an asset of its good will; and in addition thereto it affords an opportunity for payment of claims of creditors in full. While, as has been held, it is in the nature of an assignment for the benefit of creditors, it is not in compliance with the provisions of the statutes, but the latter afford a remedy to a creditor who has not participated in the trust agreement, and this remedy must be resorted to if any relief be sought.

*By the Court.*—The judgment of the lower court is reversed, and the cause is remanded with directions for further proceedings in accordance with this opinion.

I. FLEISCHER & SONS, Respondent, vs. GOODRICH & MARTINEAU COMPANY, Appellant.

*February 11—March 9, 1926.*

*Mayfield Woolen Mills v. Goodrich & Martineau Co., ante,* p. 406, followed.

APPEAL from a judgment of the circuit court for Oconto county: W. B. QUINLAN, Circuit Judge. *Reversed.*

The appeal is from a judgment in plaintiff's favor.

For the appellant there was a brief by *Classon, Whitcomb & Kuzenski* of Oconto, and oral argument by *Walter F. Kuzenski* and *Allan V. Classon.*

Herman Weiss Co. v. Goodrich & Martineau Co. 189 Wis. 413.

For the respondent there was a brief by *Megan & Megan* of Oconto, and oral argument by *Giles Megan.*

DOERFLER, J.   This case is ruled by the case of *Mayfield Woolen Mills v. Goodrich & Martineau Co., ante,* p. 406, 207 N. W. 954.

*By the Court.*—The judgment of the lower court is reversed, and the cause is remanded with directions for further proceedings in accordance with the opinion in the *Mayfield Woolen Mills Case, supra.*

<hr />

HERMAN WEISS COMPANY, Respondent, vs. GOODRICH & MARTINEAU COMPANY, Appellant.

*February 11—March 9, 1926.*

*Mayfield Woolen Mills v. Goodrich & Martineau Co., ante,* p. 406, followed.

APPEAL from a judgment of the circuit court for Oconto county: W. B. QUINLAN, Circuit Judge.   *Reversed.*

The appeal is from a judgment in plaintiff's favor.

For the appellant there was a brief by *Classon, Whitcomb & Kuzenski* of Oconto, and oral argument by *Walter F. Kuzenski* and *Allan V. Classon.*

For the respondent there was a brief by *Megan & Megan* of Oconto, and oral argument by *Giles Megan.*

DOERFLER, J.   This case is ruled by the case of *Mayfield Woolen Mills v. Goodrich & Martineau Co., ante,* p. 406, 207 N. W. 954.

*By the Court.*—The judgment of the lower court is reversed, and the cause is remanded with directions for further proceedings in accordance with the opinion in the *Mayfield Woolen Mills Case, supra.*